IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NGHIEP VAN NGUYEN | : | |
| | : | |
| Petitioner, | : | 3:26-cv-1151 |
| | : | (JUDGE MARIANI) |
| v. | : | |
| | : | |
| JESSICA SAGE, WARDEN OF FCI LEWISBURG, *et al.*, | : | |
| | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW, THIS** \_\_\_14th\_\_\_ **DAY OF MAY 2026**, upon consideration of Petitioner

Nghiep Van Nguyen's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc.

1), Respondents' response (Doc. 4), Petitioner's traverse (Doc. 6), and for the reasons set

forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondents **SHALL RELEASE** Petitioner Nghiep Van Nguyen from custody

**within 48 hours of the date of this Order.**

**3.** Respondents are **DIRECTED** to **RESTORE** the conditions of Nghiep Van

Nguyen's prior Order of Supervision**.**

4. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

declaration or affidavit pursuant to 28 U.S.C. § 1746, **no later than Tuesday May**

**19, 2026, at 5:00 P.M.,** confirming that Nghiep Van Nguyen has been released from custody and that the conditions of his prior Order of Supervision have been restored.

Robert D. Mariani
United States District Judge